# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:95cr17 |
| | § | (Judge Schneider) |
| MARK WAYNE REED | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration.  Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.  It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court.  It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**.  It is further

**ORDERED** that Defendant is sentenced to a term of imprisonment of twenty-four (24) months, to include 180 days of unserved home detention, to be served consecutively to any other sentence, with no supervised release to follow.

  SIGNED this 1st day of June, 2006.


MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE